UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AXA XL,

        Plaintiff,

    v.

MEDITERRANEAN SHIPPING COMPANY SA,

        Defendant.

**ORDER**

22 Civ. 7208 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The initial pretrial conference currently scheduled for November 17, 2022, is adjourned to **December 8, 2022, at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       October 27, 2022

SO ORDERED.

*Paul Gardephe*

Paul G. Gardephe
United States District Judge